UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRAITSHOT COMMUNICATIONS, INC., a Washington corporation,<br><br>                        Plaintiff,<br><br>v.<br><br>TELEKENEX, INC., a Delaware corporation, et al.,<br><br>                        Defendants. | C10-268Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Plaintiff's Motion to Exonerate Bond, docket no. 34, is DENIED. There are genuine issues of material fact which preclude a decision on the merits.

    (2)    The Defendants' cross-motion for attorney's fees, docket no. 42, is DENIED.

    (3)    The Clerk is directed to send copies of this Minute Order to all counsel of record.

DATED this 28th day of September, 2010.

                                      WILLIAM M. McCool, Clerk

                                      s/ Claudia Hawney
                            By _____
                                    Claudia Hawney
                                    Deputy Clerk

MINUTE ORDER - 1