UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| STRAIGHTSHOT COMMUNICATIONS INC., a Washington corporation, | ) ) ) | CASE NO. C10-268Z |
| Plaintiff, | ) ) ) | MINUTE ORDER |
| v. | ) ) | |
| TELEKENEX, INC., a Delaware corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| TELEKENEX, INC., a Delaware Corporation, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| STRAIGHTSHOT RC, LLC, a Delaware limited liability company; et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |
| _____ | ) | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER
PAGE -1

(1) The Court DENIES Defendant Telekenex, Inc.'s Motion for a Protective Order Quashing the Subpoena issued to Wellington Financial USA, Inc., docket no. 100. This Court lacks the authority to quash the subpoena, and defers to the issuing court. <u>Wells v. GC Servs., LP</u>, 2007 WL 1068222, *1 (N.D. Cal. 2007); Fed. R. Civ. P. 45(c)(3). To the extent Telekenex requests other relief in the form of a protective order, Telekenex lacks standing to object to procedural and evidentiary irregularities in the subpoena. <u>G.K. Las Vegas L.P. v. Simon Prop. Group, Inc.</u>, 2007 WL 119148, *3 (D. Nev. 2007). Alternatively, Telekenex may seek a protective order to preserve the confidentiality of its commercial information. <u>Abu v. Piramco Sea-Tac, Inc.</u>, 2009 WL 279036, *1 (W.D. Wash. 2009). The Court treats Telekenex's motion in the alternative as a motion for a protective order. The Court declines to issue a protective order on this alternative basis, without prejudice, and instead directs the parties to meet and confer regarding the appropriate procedure for protecting Telekenex's confidential information from public disclosure.

(2) The Court DENIES as moot Telekenex's Motion to Strike certain exhibits to the Declaration of Leonard Gail, Reply at 3 n.2, docket no. 120.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 26th day of October, 2010.

                             WILLIAM M. McCOOL, Clerk

                             s/ Claudia Hawney
             By: _____
                             Claudia Hawney
                             Deputy Clerk