Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STRAITSHOT RC, LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEKENEX, INC., a Delaware corporation; MARK PRUDELL and JOY PRUDELL, husband and wife and the marital community composed thereof; MARK RADFORD and NIKKI RADFORD, husband and wife and the marital community composed thereof; JOSHUA SUMMERS and JULIA SUMMERS, husband and wife and the marital community composed thereof; ANTHONY ZABIT and JANE DOE ZABIT, husband and wife and the marital community composed thereof; BRANDON CHANEY and JANE DOE CHANEY, husband and wife and the marital community composed thereof; MAMMOTH NETWORKS, LLC and BRIAN WORTHEN and JANE DOE WORTHEN, husband and wife and the marital community composed thereof,<br><br>Defendants. | Case No. 2:10-cv-00268-TSZ<br><br>**DECLARATION OF KRISTIN COLLINSWORTH IN SUPPORT OF DEFENDANT TELEKENEX'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO ADD NEW DEFENDANTS AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>*NOTE ON MOTION CALENDAR:*<br>DECEMBER 3, 2010 |

DECL. OF COLLINSWORTH ISO OPP. TO MOTION FOR
LEAVE TO ADD NEW DEFENDANTS AND FILE
4TH AMENDED COMPLAINT - 1
(Case No. 2:10-cv-00268-TSZ)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

| | |
|---|---|
| 1 | TELEKENEX, INC., a Delaware Corporation, |
| 2 | Third-Party Plaintiff, |
| 3 | v. |
| 4 | STRAITSHOT RC, LLC., a Delaware limited liability company; STEPHEN PERRY and |
| 5 | JANE DOE PERRY, and the marital community composed thereof; and ANDREW GOLD and |
| 6 | JANE DOE GOLD, and the marital community composed thereof, |
| 7 | |
| 8 | Third-Party Defendants. |
| 9 | MAMMOTH NETWORKS, LLC, a Wyoming limited liability company, |
| 10 | Third-Party Plaintiff, |
| 11 | v. |
| 12 | CLARITAGE STRATEGY FUND, L.P., a Cayman Islands limited partnership, and |
| 13 | STRAITSHOT RC, LLC, a Delaware limited liability company, |
| 14 | |
| 15 | Third-Party Defendants. |

16  I, Kristin Collinsworth, declare as follows.

17  1.  I am a paralegal employed by the law firm Littler Mendelson, attorneys for

18  Telekenex, Inc., in this matter. I have been employed at Littler Mendelson for approximately 7

19  years. I make this declaration in support of Defendant Telekenex's Opposition to Plaintiff's

20  Motion for Leave to Add New Defendants and for Leave to File Fourth Amended Complaint. I

21  have personal knowledge of the statements contained herein and am competent to testify thereto.

22  2.  I participated in the gathering of documents for production to Plaintiff and have

23  conducted a thorough review of the documents produced by Defendant Telekenex, Inc. in this

24  matter. Attached as **Exhibit 1** please find a list of Defendants' document production from Littler

25  Mendelson as of December 3, 2010.

26

**DECL. OF COLLINSWORTH ISO OPP. TO MOTION FOR LEAVETO ADD NEW DEFENDANTS AND FILE 4TH AMENDED COMPLAINT - 2**
(Case No. 2:10-cv-00268-TSZ)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed at Seattle, Washington, this 3rd day of December, 2010.

_____
KRISTIN COLLINSWORTH

DECL. OF COLLINSWORTH ISO OPP. TO MOTION FOR
LEAVE TO ADD NEW DEFENDANTS AND FILE
4TH AMENDED COMPLAINT - 3
(Case No. 2:10-cv-00268-TSZ)

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jessica L. Goldman<br>Lawrence Carl Locker<br>Summit Law Group<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA  98104<br>Phone: 206.676.7000<br>Fax: 206.676.7001<br>Email: jessicag@summitlaw.com<br>       larryl@summitlaw.com<br><br>Jonathan Massey, *pro hac vice*<br>Leonard Gail, *pro hac vice*<br>Massey & Gail LLP<br>50 East Washington Street. Suite 400<br>Chicago, IL  60602<br>Phone: 312.283.1590<br>Fax: 312-379-0467<br>Email: jmassey@masseygail.com<br>       lgail@masseygail.com<br><br>**ATTORNEYS FOR PLAINTIFF** | A Chad Allred<br>Ellis Li & McKinstry<br>Market Place Tower<br>2025 First Avenue, Penthouse A<br>Seattle, WA  98121<br>Phone: 206.682.0565<br>Fax: 206.652.1052<br>Email: callred@elmalw.com<br><br>**ATTORNEYS FOR MAMMOTH NETWORKS LLC**<br><br>Kenneth Joel Diamond<br>Winterbauer & Diamond PLLC<br>1200 5th Avenue, Suite 1700<br>Seattle, WA  98101-3147<br>Phone: 206.676.8440<br>Fax: 206.676.8441<br>Email: ken@winterbauerdiamond.com<br><br>**ATTORNEYS FOR DEFENDANTS MARK AND JOY PRUDELL AND MARK AND NIKKI RADFORD** |

and I hereby certify that I have mailed by the United States Postal Service the foregoing document to the following non CM/ECF participants:

    N/A

Dated: December 3, 2010                     /s/*Sally Swearinger*
                                           **Sally Swearinger**
                                           sswearinger@littler.com
                                           **LITTLER MENDELSON, P.C.**

Firmwide:98977515.1 066331.1001

DECL. OF COLLINSWORTH ISO OPP. TO MOTION FOR
LEAVE TO ADD NEW DEFENDANTS AND FILE
4TH AMENDED COMPLAINT - 4
(Case No. 2:10-cv-00268-TSZ)

**EXHIBIT 1**

06631.1001
Straitshot v. Telekenex

**DEFENDANT'S DOCUMENT PRODUCTION**

| Bates: TKX(LM) | Description |
|---|---|
| 01-32 | Telekenex Insurance Policy From Axis Reinsurance Company, Policy No. RNN587110. Inception Date of 04/27/2009. Expiration Date of 04/27/2010. |
| 033 | Transition Plan Spreadsheet (285 KB file produced via CD) |
| 034 | Carrier Mappings-v.2 Spreadsheet (162 KB file produced via CD) |
| 035 | Copy of Circuits Backup Working Spreadsheet (1.19 MB file produced via CD) |
| 036-042 | Telekenex, Inc. Historical Balance Sheets as of FYE 2004-2010 – containing figures on Current Assets, Fixed Assets, Current Liabilities, Long-Term Liabilities and Net Stockholders Equity, and additional operating costs |
| 043-046 | Telekenex National Sales Comp Plan 2010 (Effective August 1, 2010) signed by Mark Prudell |
| 047 | January 2009 Formal Telekenex Offer Letter to Mark Prudell |
| 048 | January 2009 Formal Telekenex Offer Letter to Mark Radford |
| 049-051 | Karen Salazar Outlook Calendar Printouts dated March 19, 2009 and April 06-07, 2009; |
| 0052 | Transition Plan Spreadsheet (285 KB file produced via CD) |
| 053 | Aubeta Certificate of Administrative Dissolution |
| 054-074 | Asset Purchase Agreement between Telekenex IXC, Inc. and AuBeta Networks Corporation dated March 27, 2009 |
| 075-087 | Consent and Forbearance Agreement to Loan and Security Agreement between Silicon Valley Bank and AuBeta Networks Corp dated March 24, 2009 |
| 088-0286 | Telekenex, Inc. Accounts Receivable Account QuickReport from 09/02/2008 to 04/30/2010 |
| 0287-0374 | ABNC IXC Payments Against AR Sep 2008 thru April 2010 |
| 0375-0377 | Telekenex Inc. Income Tax Statements for Mark Prudell, Joshua Summers and Mark Radford |
| 0378-0379 | MM Customers - List of Customers Telekenex retained..with figures re Total Sold and Total Lost |
| 0380 | Copy of Circuits Back up Working Spreadsheet (1.88 MB file produced via CD) |
| 0381-0409 | Telekenex Vice President Quota Detail Report for FY 2008 – contains list of Accounts, Revenue Type, Project timeframe, Term $, Lead Source, etc. |
| 0410 – 0452 | Telekenex Vice President Quota Detail Report for FY 2009 |
| 0453 | Telekenex Board Minutes February 11, 2009 |
| 0454 | Telekenex Board Minutes April 8, 2009 |
| 0455-0468 | IXC, Inc. Financial Report dated December 31, 2009, containing Balance Sheet, Statement of Operations, Statement of Changes in |

06631.1001
Straitshot v. Telekenex

## DEFENDANT'S DOCUMENT PRODUCTION

|  | Stockholder's Equity (Deficit), Statement of Cash Flows, and Notes to Financial Statements |
|---|---|
| 0469 | Telekenex Income Statement for Six Months Ending June 30, 2010 |
| 0470 | Telekenex Balance Sheet dated June 30, 2010 |